NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HLFIP HOLDING, INC., dba Smart Communications IP Holdings,**
*Plaintiff-Appellant*

**v.**

**RUTHERFORD COUNTY, TN, RUTHERFORD COUNTY ADULT DETENTION CENTER,**
*Defendants-Cross-Appellants*

**VENDENGINE, INC.,**
*Defendant-Appellee*

---

2023-1380, 2023-1379

---

Appeals from the United States District Court for the Middle District of Tennessee in No. 3:19-cv-00714, Judge Eli Jeremy Richardson.

---

**ON MOTION**

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b),

2          HLFIP HOLDING, INC. v. RUTHERFORD COUNTY, TN

IT IS ORDERED THAT:

(1)  These appeals are dismissed.  Each side shall bear its own costs.

(2)  ECF Nos. 26 and 28 in Appeal No. 2023-1380 and ECF No. 12 in Appeal No. 2023-1379 are denied as moot.

FOR THE COURT

December 20, 2023
      Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: December 20, 2023